PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Duval Union                                          Cr.: 2:11-CR-260(PGS)
                                                                        PACTS #: 56218

Name of Sentencing Judicial Officer: Honorable Kristi K. DuBose, Southern District of Alabama

Name of Newly Assigned Judicial Officer: Honorable Peter G. Sheridan

Date of Original Sentence: 03/19/10

Original Offense: Uttering Counterfeit Obligations

Original Sentence: 15 months incarceration followed by 3 years supervised release. $100 special assessment imposed and a special condition of drug/alcohol testing and treatment.

Type of Supervision: Supervised Release                    Date Supervision Commenced: 10/08/10

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | On March 14, 2011, Union reported to the probation office and submitted two Breathalyzer tests which returned positive for the presence of alcohol, registering blood alcohol levels of 0.08 and 0.065, respectively. |

U.S. Probation Officer Action:

Union was initially placed on SCRAM, an electronic alcohol detection device, which confirmed continued positive alcohol use by the offender. In response, the probation office referred Union to Alcoholics Anonymous meetings and intensive outpatient drug and alcohol treatment at the Jersey City Medical Center. Union has been actively participating in substance abuse treatment since April 27, 2011. As such, the U.S. Probation Office recommends presentation of this document to the offender as a formal judicial written reprimand from the Court. The probation office will continue to closely monitor his progress and will report any further noncompliance.

Respectfully submitted,

By: Adriana Garcia
U.S. Probation Officer
Date: 05/02/11

PROB 12A - Page 2
Duval Union

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

5/3/11
_____
Date